UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                                            :     **ORDER APPOINTING COUNSEL**
v.                                                         :
                                                            :      16 CR 799 (VB)
TANISHA LAPLANTE,                        :
                              Defendant.    :
--------------------------------------------------------x

    Andrew A. Rubin, Esq., is appointed as defendant's attorney pursuant to the Criminal Justice Act with respect to the violation of supervised release proceedings in this case, nunc pro tunc to August 15, 2019.

Dated: April 17, 2020
         White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge