


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 15, 2021

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>United States v. Tanisha LaPlant, 16 Cr. 799 (VLB)</u>

Dear Judge Briccetti:

    On August 12, 2019, the U.S. Probation Office filed a Violation of Supervised Release Report (the "VOSR Report") in the above-referenced matter. On July 23, 2020, the Court postponed violation proceedings and extended the defendant's supervised release by a period of six months. The period of supervised release is scheduled to terminate on February 8, 2021.

    Probation has informed the Government that the defendant has been in compliance with the conditions of supervised release, and that it recommends dismissal of all specifications at this time. Accordingly, on Probation's recommendation, the Government moves to dismiss the specifications set forth in the VOSR Report.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:  /s/ T. Josiah Pertz
      T. Josiah Pertz
      Assistant United States Attorney
      (914) 993-1966

**APPLICATION GRANTED**
**SO ORDERED:**
Vincent L. Briccetti, U.S.D.J.
Dated: 1/15/21
White Plains, NY

The pending VOSR Report is dismissed. All scheduled Court dates are cancelled.